625 A.2d 614

**COMMONWEALTH of Pennsylvania**

v.

**Eugene A. LIPPERT, Appellant.**

Supreme Court of Pennsylvania.

Argued May 3, 1993.

Decided May 24, 1993.

Michael J. Rudinski, Williamsport, for appellant.

Kenneth A. Osokow, Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.